```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 8 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

           - v. -                  :     **INDICTMENT**

CASEY MICHAEL ANTONE,              :
                                         18 Cr.      **JUDGE CROTTY**
           Defendant.              :

- - - - - - - - - - - - - - - - - - X

# 18 CRIM 101

### COUNT ONE
### (Conspiracy to Commit Access Device Fraud)

The Grand Jury charges:

1.  From at least in or about January 2015 up to and including at least in or about February 2018, in the Southern District of New York and elsewhere, CASEY MICHAEL ANTONE, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree, together and with each other to commit access device fraud, in violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(a)(5).

2.  It was a part and object of the conspiracy that CASEY MICHAEL ANTONE, the defendant, and others known and unknown, knowingly and with intent to defraud, as part of an offense affecting interstate and foreign commerce, trafficked in and used one and more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating

$1,000 and more during that period, in violation of Title 18, United States Code, Section 1029(a)(1).

3.   It was further a part and object of the conspiracy that CASEY MICHAEL ANTONE, the defendant, and others known and unknown, knowingly and with intent to defraud, as part of an offense affecting interstate and foreign commerce, effected transactions, with one and more access devices issued to another person or persons, to receive payment and any other thing of value during a one-year period the aggregate value of which is equal to and greater than $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

### Overt Acts

4.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a.   In or about January 2017, CASEY MICHAEL ANTONE, the defendant, used a credit card number belonging to another person or persons to make an online reservation for Amtrak train travel.

    b.   In or about January 2017, ANTONE sold a fraudulently obtained Amtrak train travel voucher to a third party located in Manhattan, New York and, in connection with

that sale, sent interstate wire communications to the third party and obtained a wire payment from the third party.

(Title 18, United States Code, Section 1029(a)(2), (a)(5), and (b)(2).)

## COUNT TWO
### (Conspiracy to Commit Wire Fraud)

The Grand Jury further charges:

5.  From at least in or about January 2015 up to and including at least in or about February 2018, in the Southern District of New York and elsewhere, CASEY MICHAEL ANTONE, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

6.  It was a part and object of the conspiracy that CASEY MICHAEL ANTONE, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of

3

executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

(Title 18, United States Code, Section 1349.)

## COUNT THREE
### (Wire Fraud)

The Grand Jury further charges:

7. From at least in or about January 2015 up to and including at least in or about February 2018, in the Southern District of New York and elsewhere, CASEY MICHAEL ANTONE, the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and attempting to do so, did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, to wit, ANTONE made purchases or attempted purchases using fraudulently obtained credit card numbers, and sold property purchased using fraudulently obtained credit card numbers to third parties, and in connection therewith and in furtherance thereof, ANTONE transmitted and caused to be transmitted interstate electronic mail, telephone calls, and wire transfers of funds.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT FOUR
### (Fraudulent Use of Credit Cards)

The Grand Jury further charges:

8.  From at least in or about May 2016 and up to and including at least in or about February 2018, in the Southern District of New York and elsewhere, CASEY MICHAEL ANTONE, the defendant, did knowingly receive, conceal, use, sell, and transport in interstate and foreign commerce one and more tickets for interstate and foreign transportation which had been purchased and obtained with one and more counterfeit, fictitious, altered, forged, lost, stolen, and fraudulently obtained credit cards, and which within a one-year period had a value aggregating $500 and more, to wit, ANTONE purchased Amtrak train tickets whose aggregate value exceeded $500 using debit and/or credit card account numbers of third parties without authorization.

(Title 15, United States Code, Section 1644(e); Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

9.  As a result of committing the offense alleged in Count One of this Indictment, CASEY MICHAEL ANTONE, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of said

offense, and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

10. As a result of committing the offenses alleged in Counts Two and Three of this Indictment, CASEY MICHAEL ANTONE, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

11. As a result of committing the offense alleged in Count Four of this Indictment, CASEY MICHAEL ANTONE, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount

of proceeds traceable to the commission of said offenses that the defendant personally obtained.

## Substitute Assets Provision

12. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, 982, 1029;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON     2/8/18

GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CASEY MICHAEL ANTONE,

Defendant.

### INDICTMENT

18 Cr.

(18 U.S.C. §§ 1029(a)(2), (a)(5),
(b)(2), 1343, 1349, and 2; 15 U.S.C.
§ 1644(e))

GEOFFREY S. BERMAN
United States Attorney

*/s/* Foreperson                2/8/18

2/8/18

Filed Indictment
~~Arrest Warrant~~ ✓
~~Issued~~
assigned to Judge Crotty

USMJ Aaron