# U.S. District Court
## District of New Mexico - Version 6.2.1 (Las Cruces)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-00379-LF-1

Case title: USA v. Olvera-Holguin                                         Date Filed: 02/04/2018

Assigned to: Magistrate Judge Laura Fashing

**Defendant (1)**

**Francisco Olvera-Holguin**                 represented by **Alonzo J. Padilla**
                                                            Federal Public Defender
                                                            111 Lomas Blvd. N.W.
                                                            Suite 501
                                                            Albuquerque, NM 87031
                                                            505-346-2489
                                                            Fax: 505-346-2494
                                                            Email: alonzo_padilla@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

**Pending Counts**                                           **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                               **Disposition**

8:1326(b)(1) Reentry After Deportation - Felony

**Plaintiff**

USA          represented by    **Kimberly A Brawley**
US Attorney's Office - ABQ
District of New Mexico
PO Box 607
Albuquerque, NM 87103
Email: kimberly.brawley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2018 | | Arrest of Francisco Olvera-Holguin (rh*) (Entered: 02/04/2018) |
| 02/04/2018 | | Set Hearing as to Francisco Olvera-Holguin: Initial Appearance set for 2/5/2018 at 10:36 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Carmen E. Garza. (rh*) (Entered: 02/04/2018) |
| 02/05/2018 | [1](#) | COMPLAINT as to Francisco Olvera-Holguin. (an*) (Entered: 02/05/2018) |
| 02/05/2018 | | Attorney update in case as to Francisco Olvera-Holguin. Attorney Kimberly A Brawley for USA added. (an*) (Entered: 02/05/2018) |
| 02/05/2018 | 2 | **Clerk's Minutes of Initial Presentment/Detention hearing** held before Magistrate Judge Carmen E. Garza: Initial Appearance/Detention Hearing as to Francisco Olvera-Holguin held on 2/5/2018. Defendant advised of rights/penalties. Attorney to be appointed. Defendant detained as a flight risk. Appearances: AUSA: Marty Woelfle; AFPD: Donald Morrison; FPD Standing In; Interpreter: Susanna Carman. Recorded: Liberty-Sierra Blanca. Rights: 10:52 AM - 10:55 AM. Time In Session: 11:41 AM - 11:44 AM.<br>**NOTICE OF HEARING: Preliminary Hearing is hereby set before Magistrate Judge Laura Fashing for 2/12/2018, at 09:30 AM in Albuquerque - 320 Rio Grande Courtroom, Pete Domenici Courthouse, 333 Lomas Blvd NW, Albuquerque, New Mexico** THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.(arn) (Entered: 02/05/2018) |
| 02/05/2018 | 3 | ORDER OF DETENTION as to Francisco Olvera-Holguin by Magistrate Judge Carmen E. Garza (arn) (Entered: 02/05/2018) |
| 02/05/2018 | | Judge update in case as to Francisco Olvera-Holguin. Magistrate Judge Laura Fashing added. Magistrate Judge Carmen E. Garza no longer assigned to case. (kd) (Entered: 02/06/2018) |

| 02/05/2018 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Alonzo J. Padilla for Francisco Olvera-Holguin by Magistrate Judge Laura Fashing (kd) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/06/2018) |
|---|---|---|
| 02/12/2018 | 5 | Clerk's Minutes for proceedings held before Magistrate Judge Laura Fashing: Preliminary Hearing as to Francisco Olvera-Holguin held on 2/12/2018. (Recording Info: Rio Grande - FTR) (Interpreter: M. Kagan) (nm) (Entered: 02/12/2018) |
| 02/12/2018 | 6 | WAIVER of Preliminary Hearing/Grand Jury Presentment within 75 days for a total of 105 days pursuant to 18:3161 by Francisco Olvera-Holguin (emr) (Entered: 02/12/2018) |
| 02/12/2018 | 7 | ORDER TO CONTINUE - Ends of Justice as to Francisco Olvera-Holguin; Time excluded pursuant to 18:3161 by Magistrate Judge Laura Fashing (emr) (Entered: 02/12/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/05/2018 07:46:28 | | | |
| PACER Login: | us5070:2654438:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:18-mj-00379-LF |
| Billable Pages: | 2 | Cost: | 0.20 |