# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Preliminary Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 18-379 LF | UNITED STATES vs. OLVERA-HOLGUIN | |
| Hearing Date: | 2/12/2018 | Time In and Out: | 9:50/9:54 (1 minute) |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Francisco Olvera-Holguin | Defendant's Counsel: | Alonzo J. Padilla |
| AUSA | Kristopher Houghton | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | Michael Kagan | | |

**Initial Appearance**

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant wants Court appointed counsel
- ☐ Government moves to detain ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

**Preliminary/Show Cause/Identity**

- ☒ Defendant waives Preliminary Hearing and Grand Jury Presentment; Order Tolling Speedy Trial entered
- ☒ Court finds probable cause ☐ Court does not find probable cause

**Custody Status**

- ☐ Defendant waives Detention Hearing
- ☒ Defendant previously detained
- ☐ Conditions

**Other**

- ☐ Matter referred to ___ for final revocation hearing
- ☐