I3SQANTc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA

        v.                              18 CR 101 (PAC)
                                         Conference
CASEY MICHAEL ANTONE

               Defendant
------------------------------x

                                      New York, N.Y.
                                      March 28, 2018
                                      11:00 a.m.

Before:

                    HON. PAUL A. CROTTY
                                  District Judge

                       APPEARANCES

GEOFFREY S. BERMAN
    Interim United States Attorney for the
    Southern District of New York
JESSICA GREENWOOD
    Assistant United States Attorney

NICHOLAS GOODMAN & ASSOCIATES PLLC
    Attorney for Defendant
CAMILLE M. ABATE

I3SQANTc

1              (Case called)
2              DEPUTY CLERK:  Counsel for the government, please
3     state your appearance.
4              MS. GREENWOOD:  Yes.  Good morning, your Honor.
5              Assistant United States Attorney Jessica Greenwood on
6     behalf of the government.
7              THE COURT:  Ms. Greenwood, thank you for coming.
8              MS. ABATE:  Good morning, your Honor.
9              For Mr. Antone, Camille Abate.  And Mr. Antone is
10    seated to my left.
11             THE COURT:  Ms. Abate, how are you?
12             Mr. Antone, good morning.
13             THE DEFENDANT:  Good morning.
14             THE COURT:  What's the purpose of today's meeting,
15    Ms. Greenwood?
16             MS. GREENWOOD:  Yes, your Honor.  Today's conference
17    is for arraignment and for an initial conference.
18             THE COURT:  Mr. Antone, have you seen the violation of
19    supervised release?
20             MS. GREENWOOD:  Your Honor, this is an indictment in
21    this case.
22             THE COURT:  This is an indictment, I'm sorry.
23             MS. GREENWOOD:  Yes, your Honor.
24             THE COURT:  Mr. Antone, have you seen the indictment?
25             THE DEFENDANT:  Yes, I have, your Honor.

```
 1              THE COURT:  Have you had an opportunity to talk to
 2    Ms. Abate about it?
 3              THE DEFENDANT:  I have.
 4              THE COURT:  Do you want me to read it to you or do you
 5    waive the reading?
 6              THE DEFENDANT:  Waive the reading.
 7              THE COURT:  Do you want to enter a plea now?
 8              THE DEFENDANT:  Not guilty.
 9              THE COURT:  A plea of not guilty will be entered.
10              What do you have for discovery, Ms. Greenwood?
11              MS. GREENWOOD:  Yes, your Honor.  We will have a
12    variety of materials, primarily electronic discovery pertaining
13    to email accounts used by the defendant in connection with the
14    fraud that he was perpetrating, documentation from the two
15    primary victims in the case, Amtrak and American Express, as
16    well as a file from law enforcement in Amsterdam where the
17    defendant was arrested in connection with the charged conduct
18    by authorities there, as well as police reports and documents
19    concerning his arrest in Albuquerque for his most recent arrest
20    in the United States.
21              THE COURT:  When do you contemplate making production?
22              MS. GREENWOOD:  I should be able to complete discovery
23    in two weeks, your Honor.
24              THE COURT:  Ms. Abate, how much time do you need if
25    the government produces discovery in two weeks?
```

I3SQANTc

1              MS. ABATE:  I would say about 30 days.
2              THE COURT:  OK.  So today is the 28th of March.  Two
3     weeks would be April 13, Ms. Greenwood.
4              MS. GREENWOOD:  Yes, your Honor.
5              THE COURT:  And then 30 days from that would be -- do
6     want to do it during the week of -- 20 days, you said,
7     Ms. Abate?
8              MS. ABATE:  30, your Honor?
9              THE COURT:  You said 30, right.
10             MS. ABATE:  I am going to be away on vacation from
11    May 6 to May 18, so if we can do it the week of the 21st is
12    fine.
13             THE COURT:  All right.  David, for the 21st.
14             DEPUTY CLERK:  Conference set for Tuesday, May 22,
15    3:45 p.m.
16             THE COURT:  Want to exclude time, Ms. Greenwood?
17             MS. GREENWOOD:  Yes, your Honor.
18             THE COURT:  Any objection?
19             MS. ABATE:  I don't see why we need to exclude time.
20    I think this is a somewhat non-complex case, so I'm not
21    inclined to exclude time.
22             THE COURT:  You're taking some time yourself,
23    Ms. Abate.
24             MS. ABATE:  I am.  I am taking 30 days.  One second.
25             (Counsel and defendant consult)

1              THE COURT:  We will move expeditiously, I can assure
2     you that.
3              MS. ABATE:  I will exclude time at this time.
4              THE COURT:  The time will be excluded to facilitate
5     the production of discovery materials.  That interest outweighs
6     the interest of the public and the defendant in a speedy trial.
7     The time will be excluded until May 22 when we will meet again.
8              If you need a conference before then, let me know.
9     I'll be here.
10             MS. ABATE:  Thank you.
11             THE COURT:  And we can schedule something very
12    quickly.
13             MS. ABATE:  Did we say 3:45 p.m. on May 22?
14             THE COURT:  Yes, we did.
15             MS. ABATE:  Thank you.
16             THE COURT:  Anything else, Ms. Greenwood?
17             MS. GREENWOOD:  Only other thing I would flag for your
18    Honor, I've discussed with defense counsel we will likely be
19    submitting a protective order for your signature to allow for
20    production of credit card information that was obtained during
21    discovery from victims, but other than that, nothing from the
22    government.
23             THE COURT:  Ms. Abate.
24             MS. ABATE:  Nothing else from the defense.
25             THE COURT:  Thank you very much.  (Adjourned)