CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

———•O•———

Of Counsel, Nicholas Goodman & Associates
30 West 22nd Street, Suite 2E, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

May 22, 2018

Hon. Judge Paul A. Crotty
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Request for Adjournment**
**USA v. Casey Michael Antone, 18 Cr. 101 (PAC)**

Dear Judge Crotty,

    I respectfully request an adjournment of the court appearance scheduled for today at 3:45 p.m., until June 5, 2018 at a time convenient to the Court.

    I ask for this adjournment because I need to spend additional time with the defendant, Mr. Antone, going through the discovery. While I received the discovery in mid-April, the volume of the records and the failure of several of the computers in the counsel visit room at MCC made it difficult to have a complete discussion about the evidence. On May 3, three days before I left for vacation, I made a request to AUSA Jessica Greenwood to send a duplicate of the non-confidential discovery to Mr. Antone so that he could review it on the working computers in the MCC law library. I have just returned from my vacation. Now that he has reviewed his copy, and I have printed out several of the critical spreadsheets, I hope to be able to spend significant constructive time with him discussing the case.

    I have spoken to AUSA Greenwood, and she consents to the adjournment. I consent to excluding this additional time for speedy trial purposes.

    Thank you for your consideration of this matter.

Sincerely,

*/s/ Camille M. Abate*

Camille M. Abate

cc: Jessica Greenwood, Esq. (via ECF)