USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/18

CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

━━━━•O•━━━━

Of Counsel, Nicholas Goodman & Associates
30 West 22nd Street, Suite 2E, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

May 22, 2018

*[handwritten: 5/22/2018
The matter will be adjourned to
6/5/2018 @ 10:30 am
So ordered
Paul Crotty
USDJ]*

Hon. Judge Paul A. Crotty
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Request for Adjournment
USA v. Casey Michael Antone, 18 Cr. 101 (PAC)

Dear Judge Crotty,

I respectfully request an adjournment of the court appearance scheduled for today at 3:45 p.m., until June 5, 2018 at a time convenient to the Court.

I ask for this adjournment because I need to spend additional time with the defendant, Mr. Antone, going through the discovery. While I received the discovery in mid-April, the volume of the records and the failure of several of the computers in the counsel visit room at MCC made it difficult to have a complete discussion about the evidence. On May 3, three days before I left for vacation, I made a request to AUSA Jessica Greenwood to send a duplicate of the non-confidential discovery to Mr. Antone so that he could review it on the working computers in the MCC law library. I have just returned from my vacation. Now that he has reviewed his copy, and I have printed out several of the critical spreadsheets, I hope to be able to spend significant constructive time with him discussing the case.

I have spoken to AUSA Greenwood, and she consents to the adjournment. I consent to excluding this additional time for speedy trial purposes.

Thank you for your consideration of this matter.

Sincerely,

Camille M. Abate

cc: Jessica Greenwood, Esq. (via ECF)