---

FROM: 24075034
TO:
SUBJECT:
DATE: 07/04/2018 08:38:12 AM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: July 20, 2018

Honorable Judge Paul Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York
10007

United States of America v Casey Antone
18 CR 101 (PAC)

Honorable Judge Paul Crotty, July 5, 2018

I am writing to you today to ask for your assistance with a medical issue I am having at the MCC New York. I would like you to know that I personally think it's embarrassing to have to write you (a Federal Judge) about this but I am nevertheless doing so after being suggested this as the appropriate avenue, by a sympathetic MCC Staff Member.

I have had the same contact lenses in my eyes since Feb 2, 2018 when I was arrested in Albuquerque, New Mexico. I have actually had them in my eyes since around January 15, 2018. These are 30 Day disposable contact lenses. I have been forced to wear them for close to six months now. I have filed request after request, grievance after grievance beginning in March (when I first arrived in the Southern District) up until May 30 when I was finally allowed to see an eye doctor visiting the MCC.

**Please see the attachments which indicate that since my March arrival at MCC New York I have written to Medical Staff, Associate Warden of Operations, Warden, Executive Assistant to the Warden, Unit Team, etc in attempt to resolve this and get the medical attention I need. They just don't take medical issues serious here as I have witnessed time and time again.

Once I was seen by the eye doctor, prescription glasses were ordered for me as contact lenses are apparently not allowed here. I was assured that within two weeks I would have them. It has now been 6 additional weeks since seeing the eye doctor and again after numerous requests I am now being told that it could take months before they arrive. It has, in fact, taken months for other inmates to receive their glasses.

To reiterate, Your Honor, I have a very strong prescription (-6.0 in both eyes) and without glasses or contact lenses I am legally blind. This presents a very dangerous situation for me if I am forced to remove my lenses in this environment. For the last several days I have a bright red blood vessel that has become very evident in my left eye. This has never happened before. I am experiencing headaches and feeling pain as a result of this. I don't know what else to do as no one from medical will respond to me and I have begun writing the Administration here again about this, all to no avail.

I don't know what I am asking you to do or even what you can do in this situation but I am in fear that my eyes are suffering irreparable damage as a result of this and everything I try to do to rectify the situation is being ignored. If there is anything in your power that you are able to do to ensure that this issue is resolved then I would be greatly appreciative.

I have been told that since I have pled guilty and am only awaiting sentencing that there is a possibility I could be moved to MDC Brooklyn which would delay receiving my glasses by several more weeks.

Respectfully,

Casey Michael Antone
MCC New York
150 Park Row
New York, New York
10007

RECEIVED
JUL 10 2018
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.

TRULINCS 24075034 - ANTONE, CASEY MICHAEL - Unit: NYM-G-S

---

FROM: 24075034
TO: Associate Warden Operations
SUBJECT: ***Request to Staff*** ANTONE, CASEY, Reg# 24075034, NYM-G-S
DATE: 04/06/2018 09:48:06 AM

To: AW
Inmate Work Assignment: N/A

Associate Warden,

I arrived at this institution approx 4 weeks ago and have been trying to find out how I can get replacement contact lens. I was told i would be on the call out to see the eye doctor but after several cop-out's and several weeks I still have not been called. I realize you are busy and must have several 'urgent' issues but i am in a situation now where no one is assisting me medically for this and I have had the same pair of contact lens' in my eyes for over 2 months since first being put on US Marshal Transport (airlift) in February en route to MCC. I have funds on my account and would like nothing more than to just be able to order them myself. Alternatively, i have family , friends or even my Attorney who can order them for me to have delivered at the institution. Without contact lens' or glasses I am legally blind. My prescription strength is (-5.50 to -6.00 in each eye)

I humbly ask that you please assist me with this issue as soon as possible.

Respectfully,

Casey Michael Antone

"Requests to Staff" Sent
* from April 6th - July 3rd

There were earlier requests made in March but I do not have access to them any longer on the email system. (Please see reverse side of first two pages) (March 17 & March 30)

---

FROM: 24075034
TO: Executive Assistant
SUBJECT: ***Request to Staff*** ANTONE, CASEY, Reg# 24075034, NYM-G-S
DATE: 04/16/2018 08:40:13 PM

To: Executive Assistant
Inmate Work Assignment: N/A

Exec Asst.,

I would like to bring your attention to the fact that I am currently being denied Medical Attention for my eyes and have not received one response in over one month of Requests to the Medical Dept, the AW of Operations, the Warden and my Unit Team. I have also been denied access to the Inmate Grievance System by not being provided a BP 8, BP 9 or BP 10 after multiple requests in person and by Requests to Staff,

To reiterate my concern once again. I wear contact lens. I arrived at this facility on March 13-14 via US Marshal Airlift and have been trying to inquire as to how I can get replacement contact lens' at my own expense. I was told I would see the eye doctor within one week. Its been 6 weeks and I have seen no one and have not received any response from an array of departments. I currently have 30 day contacts in my eyes and its been 2 1/2 months I have been wearing them. I am legally blind without contacts or glasses.

I have contacted my attorney and family about this today in an attempt that they will be able to do something through the Regional Office.

I once again request , this time from you, to please provide me with the intructions how I can get my contact lens sent into the institution , order new contact lens, or otherwise be prescribed a prescription from the eye doctor here enabling me to get contact lens'.

I have an absolute right to be provided medical care in BOP custody in a timely manner and at the moment I am being denied my due process rights in this facility and I ask you to please intervene.

Respectfully,

Casey Michael Antone

---

FROM: Executive Assistant
TO: 24075034
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/25/2018 10:32:35 AM

Good morning,

This has been sent to the appropriate department for review.

Thank you

>>> ~^!"ANTONE, ~^!CASEY MICHAEL" <24075034@inmatemessage.com> 4/16/2018 9:40 PM >>>
To: Executive Assistant
Inmate Work Assignment: N/A

Exec Asst.,

I would like to bring your attention to the fact that I am currently being denied Medical Attention for my eyes and have not received one response in over one month of Requests to the Medical Dept, the AW of Operations, the Warden and my Unit Team. I have also been denied access to the Inmate Grievance System by not being provided a BP 8, BP 9 or BP 10 after multiple requests in person and by Requests to Staff,

To reiterate my concern once again. I wear contact lens. I arrived at this facility on March 13-14 via US Marshal Airlift and have been trying to inquire as to how I can get replacement contact lens' at my own expense. I was told I would see the eye doctor within one week. Its been 6 weeks and I have seen no one and have not received any response from an array of departments. I currently have 30 day contacts in my eyes and its been 2 1/2 months I have been wearing them. I am legally blind without contacts or glasses.

I have contacted my attorney and family about this today in an attempt that they will be able to do something through the Regional Office.

I once again request , this time from you, to please provide me with the intructions how I can get my contact lens sent into the institution , order new contact lens, or otherwise be prescribed a prescription from the eye doctor here enabling me to get contact lens'.

I have an absolute right to be provided medical care in BOP custody in a timely manner and at the moment I am being denied my due process rights in this facility and I ask you to please intervene.

Respectfully,

Casey Michael Antone

---

FROM: Executive Assistant
TO: 24075034
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/26/2018 07:02:02 AM

Hello,

You are scheduled to see the eye Dr on 5/4/2018.

>>> ~^!"ANTONE, ~^!CASEY MICHAEL" <24075034@inmatemessage.com> 4/16/2018 9:40 PM >>>
To: Executive Assistant
Inmate Work Assignment: N/A

Exec Asst.,

I would like to bring your attention to the fact that I am currently being denied Medical Attention for my eyes and have not received one response in over one month of Requests to the Medical Dept, the AW of Operations, the Warden and my Unit Team. I have also been denied access to the Inmate Grievance System by not being provided a BP 8, BP 9 or BP 10 after multiple requests in person and by Requests to Staff,

To reiterate my concern once again. I wear contact lens. I arrived at this facility on March 13-14 via US Marshal Airlift and have been trying to inquire as to how I can get replacement contact lens' at my own expense. I was told I would see the eye doctor within one week. Its been 6 weeks and I have seen no one and have not received any response from an array of departments. I currently have 30 day contacts in my eyes and its been 2 1/2 months I have been wearing them. I am legally blind without contacts or glasses.

I have contacted my attorney and family about this today in an attempt that they will be able to do something through the Regional Office.

I once again request , this time from you, to please provide me with the intructions how I can get my contact lens sent into the institution , order new contact lens, or otherwise be prescribed a prescription from the eye doctor here enabling me to get contact lens'.

I have an absolute right to be provided medical care in BOP custody in a timely manner and at the moment I am being denied my due process rights in this facility and I ask you to please intervene.

Respectfully,

Casey Michael Antone

---

FROM: 24075034
TO: Executive Assistant
SUBJECT: ***Request to Staff*** ANTONE, CASEY, Reg# 24075034, NYM-G-S
DATE: 05/04/2018 02:36:38 PM

To: Executive Assistant - URGENT
Inmate Work Assignment: N/A

Dear Sir,

On April 16, 2018 I wrote you an email letting you know that I was being denied Medical Attention here for my eyes and that I have been forced to wear the same contact lens for over 3 months.

On April 25, 2018 you responded to me that you would look into this matter.

On April 26, 2018 you replied again informing me that I would be seeing th eye doctor on May 4, 2018.

Today is May 4th and I have not been called down to the eye doctor as you said I would be.

Just to be clear, I have been told that I have been on the list since March 14, 2018 so when you told me that I was on the list for May 4, 2018 I waited another two weeks for today to arrive but still nothing.

I am being treated with deliberate indifference to my medical needs since I have been letting everyone know from unit team, medical, warden, associate warden and now you, that I'm wearing the same contact lens for the past three months.

Why am I being denied medical attention? Because I really am being denied medical attention and I would just like to know why?

I am once again begging for MCC's help before i suffer permanent eye damage or am forced to walk around this facility legally blind.

casey michael antone
24075-034

---

FROM: Executive Assistant
TO: 24075034
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/07/2018 12:02:03 PM

Good afternoon,

This request has been sent to the appropriate department for review.

Thank you

>>> ~^!"ANTONE, ~^!CASEY MICHAEL" <24075034@inmatemessage.com> 5/4/2018 3:36 PM >>>
To: Executive Assistant - URGENT
Inmate Work Assignment: N/A

Dear Sir,

On April 16, 2018 I wrote you an email letting you know that I was being denied Medical Attention here for my eyes and that I have been forced to wear the same contact lens for over 3 months.

On April 25, 2018 you responded to me that you would look into this matter.

On April 26, 2018 you replied again informing me that I would be seeing th eye doctor on May 4, 2018.

Today is May 4th and I have not been called down to the eye doctor as you said I would be.

Just to be clear, I have been told that I have been on the list since March 14, 2018 so when you told me that I was on the list for May 4, 2018 I waited another two weeks for today to arrive but still nothing.

I am being treated with deliberate indifference to my medical needs since I have been letting everyone know from unit team, medical, warden, associate warden and now you, that I'm wearing the same contact lens for the past three months.

Why am I being denied medical attention? Because I really am being denied medical attention and I would just like to know why?

I am once again begging for MCC's help before I suffer permanent eye damage or am forced to walk around this facility legally blind.

casey michael antone
24075-034

---

FROM: 24075034
TO: Executive Assistant
SUBJECT: ***Request to Staff*** ANTONE, CASEY, Reg# 24075034, NYM-G-S
DATE: 05/11/2018 09:21:23 AM

To: Executive Assistant
Inmate Work Assignment: N/A

Executive Assistant,

Would you like to give me some guidance here on what you suggest I should do about being denied medical attention here at MCC New York for the past 2 months of being here? I don't really understand why or even how you can do something like this to an inmate, to a human being for that matter. I'm realizing there is no real assistance coming from anyone in the administration here. I am having my family and lawyer reach out to Mr Carvajal at Regional to help with this because I dont know what else to do. Its really unfortunate that no one here actually does anything to assist in this matter. When I've been explaining to you that this is a serious issue , I'm not saying that haphazardly but it really is turning more and more serious day by day with my blurred vision increasing and pain in the back of my eyes along with migraine headaches.

I want to ask you right now if you will allow me to have someone from my family send me a pair of contact lenses in the mail so that I can receive them here next week? This is to be able to change the ones that have been in my eyes for over 3 months now and only until i can get some medical attention in your facility.

I can have them sent to medical here with a note that they are for me or i can have them sent to any department you instruct me to have them sent to.

Bottom line is i really, really need help with this!

Respectfully,

Casey Michael Antone
24075034
-----Executive Assistant on 5/7/2018 12:02 PM wrote:

>
Good afternoon,

This request has been sent to the appropriate department for review.

Thank you

>>> ~^!"ANTONE, ~^!CASEY MICHAEL" <24075034@inmatemessage.com> 5/4/2018 3:36 PM >>>
To: Executive Assistant - URGENT
Inmate Work Assignment: N/A

Dear Sir,

On April 16, 2018 I wrote you an email letting you know that I was being denied Medical Attention here for my eyes and that I have been forced to wear the same contact lens for over 3 months.

On April 25, 2018 you responded to me that you would look into this matter.

On April 26, 2018 you replied again informing me that I would be seeing th eye doctor on May 4, 2018.

Today is May 4th and I have not been called down to the eye doctor as you said I would be.

Just to be clear, I have been told that I have been on the list since March 14, 2018 so when you told me that I was on the list for May 4, 2018 I waited another two weeks for today to arrive but still nothing.

I am being treated with deliberate indifference to my medical needs since I have been letting everyone know from unit team,

---

FROM: Executive Assistant
TO: 24075034
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/21/2018 09:17:02 AM

Good morning,

This request has been sent to the appropriate department for review.

Thank you

>>> ~^!"ANTONE, ~^!CASEY MICHAEL" <24075034@inmatemessage.com> 5/11/2018 10:21 AM >>>
To: Executive Assistant
Inmate Work Assignment: N/A

Executive Assistant,

Would you like to give me some guidance here on what you suggest I should do about being denied medical attention here at MCC New York for the past 2 months of being here? I don't really understand why or even how you can do something like this to an inmate, to a human being for that matter. I'm realizing there is no real assistance coming from anyone in the administration here. I am having my family and lawyer reach out to Mr Carvajal at Regional to help with this because I dont know what else to do. Its really unfortunate that no one here actually does anything to assist in this matter. When I've been explaining to you that this is a serious issue , I'm not saying that haphazardly but it really is turning more and more serious day by day with my blurred vision increasing and pain in the back of my eyes along with migraine headaches.

I want to ask you right now if you will allow me to have someone from my family send me a pair of contact lenses in the mail so that I can receive them here next week? This is to be able to change the ones that have been in my eyes for over 3 months now and only until i can get some medical attention in your facility.

I can have them sent to medical here with a note that they are for me or i can have them sent to any department you instruct me to have them sent to.

Bottom line is i really, really need help with this!

Respectfully,

Casey Michael Antone
24075034
-----Executive Assistant on 5/7/2018 12:02 PM wrote:

>
Good afternoon,

This request has been sent to the appropriate department for review.

Thank you

>>> ~^!"ANTONE, ~^!CASEY MICHAEL" <24075034@inmatemessage.com> 5/4/2018 3:36 PM >>>
To: Executive Assistant - URGENT
Inmate Work Assignment: N/A

Dear Sir,

On April 16, 2018 I wrote you an email letting you know that I was being denied Medical Attention here for my eyes and that I have been forced to wear the same contact lens for over 3 months.

On April 25, 2018 you responded to me that you would look into this matter.

On April 26, 2018 you replied again informing me that I would be seeing th eye doctor on May 4, 2018.

---

Today is May 4th and I have not been called down to the eye doctor as you said I would be.

Just to be clear, I have been told that I have been on the list since March 14, 2018 so when you told me that I was on the list for May 4, 2018 I waited another two weeks for today to arrive but still nothing.

I am being treated with deliberate indifference to my medical needs since I have been letting everyone know from unit team, medical, warden, associate warden and now you, that I'm wearing the same contact lens for the past three months.

Why am I being denied medical attention? Because I really am being denied medical attention and I would just like to know why?

I am once again begging for MCC's help before i suffer permanent eye damage or am forced to walk around this facility legally blind.

casey michael antone
24075-034

---

FROM: 24075034
TO: Sick Call
SUBJECT: ***Request to Staff*** ANTONE, CASEY, Reg# 24075034, NYM-G-S
DATE: 07/02/2018 10:36:43 AM

To: MR YNONE
Inmate Work Assignment: N/A

Mr. Ynone,

Sorry if your name is spelled incorrectly but I am writing to ask what is going on with my glasses that were supposedly ordered about 6 weeks ago?

I have been wearing the same 30 day contact lens in my eyes since February (5 months now) and after many requests (over months and speaking to the warden) I finally saw the eye doctor on May 30. I was told I would have my glasses within 2 weeks. What is the delay?

My eyes are being further damaged as I am forced to either continue wearing these contacts or to walk around basically blind due to the strength of my prescription.

I have filed a BP-8 regarding this in April and have been waiting patiently every since.

I need to have glasses or contact lens and the only delay at the moment is the MCC Medical staff not providing them to me. I will be forwarding a copy of this to Mr Carvajal at the Regional Office because this has been going on for months.

I once again ask for your help in providing me what was prescribed by the Doctor 6 weeks ago.

Casey Michael Antone
24075-034

---

FROM: 24075034
TO: Associate Warden Programs
SUBJECT: ***Request to Staff*** ANTONE, CASEY, Reg# 24075034, NYM-G-S
DATE: 07/02/2018 08:53:36 PM

To: AW STEELE
Inmate Work Assignment: N/A

Please see below email to Medical...I have been trying since March to get the issues with my eyes taken care of. Ive sent you and the warden multiple emails
-----ANTONE, CASEY MICHAEL on 7/2/2018 10:36 AM wrote:

>

Mr. Ynone,

Sorry if your name is spelled incorrectly but I am writing to ask what is going on with my glasses that were supposedly ordered about 6 weeks ago?

I have been wearing the same 30 day contact lens in my eyes since February (5 months now) and after many requests (over months and speaking to the warden) I finally saw the eye doctor on May 30. I was told I would have my glasses within 2 weeks. What is the delay?

My eyes are being further damaged as I am forced to either continue wearing these contacts or to walk around basically blind due to the strength of my prescription.

I have filed a BP-8 regarding this in April and have been waiting patiently every since.

I need to have glasses or contact lens and the only delay at the moment is the MCC Medical staff not providing them to me. I will be forwarding a copy of this to Mr Carvajal at the Regional Office because this has been going on for months.

I once again ask for your help in providing me what was prescribed by the Doctor 6 weeks ago.

Casey Michael Antone
24075-034

---

FROM: 24075034
TO: Warden
SUBJECT: ***Request to Staff*** ANTONE, CASEY, Reg# 24075034, NYM-G-S
DATE: 07/03/2018 02:23:53 PM

To: Wardenq
Inmate Work Assignment: N/A

Warden,

I have been writing to Medical for four months , to AW Steele for several months and to the Executive Assistant for several months as well regarding the problem I am experiencing with my eyes. I have had the same contact lenses in my eyes for almost 6 months now and these are supposed to be 30 day disposable lenses. My prescription is very high , leaving me legally blind if they were removed.

On May 30th after months of pleading with your staff, I was finally allowed to see the eye doctor. I was told that I would receive my new glasses in a couple weeks. Its now been 6 weeks and I still haven't. I have a red dot forming in my left eye that i never had before and it is becoming very painful. I have tried , once again reaching out to Medical, AW Steele , to no avail.

I humbly ask for your intervention.

Below is a copy of the most recent email I have sent to Medical.

Casey Michael Antone
-----ANTONE, CASEY MICHAEL on 7/3/2018 2:19 PM wrote:

>

Eye Doctor,

I have what appears to be a red blood vessel appearing very obviously in my left eye. I have been waiting to receive my prescription glasses for 6 weeks now and have been told it could takes months longer. I have a very high prescription and have been wearing the same contact lenses in my eyes for the past 5 1/2 months. I am experiencing severe headaches and pain behind my eyes as a result.

I really need to see an eye doctor as this is an urgent medical need. The medical department has never once responded to me since March when I have first written to you (although I have seen the eye doctor on May 30, 2018.)

Please help!

Casey Antone
24075-034

Casey Michael [illegible] #24075-034
MCC N[illegible]
150 Park Row
New York, NY
10007

Metropolitan Correctional Center, 150 Park Row, New York, NY 10007. The enclosed letter was processed through special mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

USM P3
SDNY

RECEIVED
JUL 10 2018
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.

Honorable Judge Paul Crotty
U.S. District Court - SDNY
500 Pearl St.
New York, NY
10007