# CAMILLE M. ABATE, ESQ.
## ATTORNEY AT LAW

———•O•———

Of Counsel, Nicholas Goodman & Associates
30 West 22nd Street, Suite 2E, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/18

September 24, 2018

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

9/24/208
The matter adjourned to
Thursday, October 25, 2018 at 12 pm

**Re: Request for Adjournment of Sentencing
United States v. Casey Michael Antone, 18 Cr. 101 (PAC)**

So ordered

Paul Crotty
USDJ

Dear Judge Crotty:

    I am writing to request an adjournment of sentencing for the above captioned case, currently scheduled for tomorrow, September 25. I ask that it be rescheduled for Thursday, October 25, 2018 at noon.

    I did not receive the final presentence report until last Tuesday, September 18, 2018. At that point I was spending all of my time on preparing for a bail revocation hearing in another case before Your Honor, *USA v. Lawrence Wolf*, 18 Cr. 256 (PAC). I have not had time to prepare a sentencing memorandum for Mr. Antone.

    I have spoken to AUSA Jessica Greenwood and she consents to an adjournment of the sentencing.

    Thank you.

                                                             Sincerely,

                                                             *S/S*

                                                           Camille M. Abate

cc: Jessica Greenwood (via ECF)