(1)

Honorable Judge Crotty,                                    October 10, 2018

    I usually do not have a problem expressing myself, either verbally or through writing. Today I do. This has not been an easy letter for me to write. It has been rewritten over and over again in an attempt to have it make sense to me before imagining it can make sense to anyone else.

    I am extremely ashamed at what has led me into this situation which I first found myself in over 25 years ago as a young man, and one in which I swore to myself I would never fall back into again.

    The truth is I committed this crime and I should have known better. What I did was wrong and I'm sorry.

    I go to sleep and wake up in a place I never imagined myself to be. A place I consciously worked or had to avoid walking into. I'm responsible for this though and I have been paying the price for my actions for the past 9 months.

    I have to look forward now. As difficult as it may be in this situation I nevertheless must. Your Honor, I am completely finished with this way of living. You must hear this a lot when receiving letters from

Defendants, but I am speaking these words from my heart and with conviction.

I have made a lot of bad decisions in my youth that I still suffer the consequences of today. I come from a good family. We had grocery businesses as I was growing up and I remember working in them as a kid every weekend and during all school vacations. I can remember when I was too young to restock the shelves, my father would have me sit behind a one-way mirror and I would watch people to make sure they wouldn't steal anything. I used to fall asleep behind that mirror sometimes and my dad would tease me and tell me he caught a bunch of people stealing while I was asleep.

I did well in school, when I applied myself. I excelled in whatever I applied myself in but it's just that I haven't always applied myself in the right things. That has been my downfall and I refuse to allow it to be again.

Being at the MCC New York hasn't been easy. I don't imagine it's supposed to be but I have been around certain elements that have opened my eyes and caused me to feel part of the shame I alluded to earlier. At first, I questioned: Why am I being detained with violent criminals? Why am I around gangs and drugs and fighting on a daily basis? Why am I being treated

like them? I didn't do anything like what they are accused of. Soon thereafter I realized that regardless of what someone is here for, we all violated something that society deems intolerable. Accepting that wasn't easy. It's still not easy. I have tried to understand where I come from and how I ended up here.

Upon my arrival at the MCC I started helping people, which in turn was helping myself. Mrs. Proto, my Unit Manager, and I discussed ways in which I could help others and on her initiative we restarted the GED Tutoring Program which had been abandoned for years due to no one being available or willing to be a part of it. Since then, I have met with several inmates a day, everyday, and have assisted them in bettering themselves through education. I feel really proud for having done this. When a visiting Congresswoman – Sheila Jackson Lee was taking a walk through the MCC I was one of the inmates who was given the opportunity to speak with her about everyday life in the MCC. We had a private conversation and one I won't soon forget. I participated in many programs at the MCC including Lead by Example and Focus Forward. I also worked as Unit Orderly until my transfer to Westchester County Jail last month.

In just two weeks I will be sentenced for what I've done. I would like to ask that you consider, as part of any sentence you deem appropriate, that I will be

placed in a halfway house for at least the last six months of my sentence so that I have a better chance at picking up the pieces I have left broken all around me.

Upon release I will undoubtedly be faced with many obstacles. I plan to obtain immediate employment wherever I can. I will have an extremely large restitution bill hanging over me that will serve as a constant reminder of how the consequences of my actions, years after those actions transpired, will continue to be with me.

I have recently regained contact with some family members and plan to work hard at strengthening those relations which have been strained for years.

Once again, I apologize for what I've done and I am ready to move on with my life and put this way of living behind me. I hope you allow me this chance to make something of myself, for myself.

Thank you, Your Honor,

Casey M. Antone
Casey M. Antone