TRULINCS 24075034 - ANTONE, CASEY MICHAEL - Unit: BRO-G-A

---

FROM: 24075034
TO:
SUBJECT:
DATE: 10/28/2018 08:45:12 AM

United States of America vs. Casey Michael Antone
18-CR-101

Honorable Judge Paul Crotty
US District Court - SDNY
500 Pearl Street
New York, New York
10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/18

Honorable Judge Crotty,

I am writing to you today to request an Amended Judgement to include a recommendation to the BOP for me to be placed in a Residential Reentry Center - RRC (aka halfway house) for the maximum time allowed under BOP Policy. I had wanted to specifically ask this at Sentencing and I did, in fact, mention it in my letter to the Court. I believe that I need this due to my transitional needs and the fact that, initially, I will not have a legal permanent residence where I can reside. I will need to start completely over once released and I dont want to be a burden or have to count on anyone else's assistance in getting back on my feet. I am sure I will accept some support but the majority of things I need to do on my own. My understanding from my Case Manager at the MDC Brooklyn is that the BOP does not guarantee RRC placement but tries to accommodate inmates with specific needs and that a recommendation from the Sentencing Judge goes a long way to assist that process.

It's for this reason that I request that added to the Judgement is a Recommendation to the Federal Bureau of Prisons for the maximum amount of time allowed for placement into a Residential Reentry Center.

Respectfully,

Casey Michael Antone #24075-034
MDC Brooklyn
P.O. Box 329002
Brooklyn, New York
11232

Submitted this 28th Day of October, 2018

Honorable Judge Paul Crotty
US District Court - SDNY
500 Pearl Street
New York, NY

RECEIVED
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.