TRULINCS 24075034 - ANTONE, CASEY MICHAEL - Unit: TEX-B-C

---

FROM: 24075034
TO:
SUBJECT: URGENT**URGENT**URGENT
DATE: 11/14/2019 05:17:31 PM



Judge Paul Crotty - USDJ
United States District Court - SDNY
500 Pearl Street
New York, New York
10007

United States v Casey Michael Antone
1:18-CR-00101

Judge Crotty,

On October 25, 2018 I was sentenced in your courtroom to a term of 26 months imprisonment with three years of supervised release to follow. I am nearing the end of my sentence and will be released in three weeks. Due to errors regarding the processing of halfway house paperwork for me and dozens of inmates I was inadvertently passed by for a halfway house date and am being released from the BOP directly to begin my Supervised Release on December 6, 2019. I was also not provided a relocation of Supervised Release as was indicated in the Judgment you issued last year. Therefore, I am being released to the Southern District of New York. The BOP did designate me to FCI La Tuna per your recommendation but due to an ICE contract signed with the BOP there were 320+ of us transferred out of there to FCI Texarkana last week and I was among them.

I am being released to New York without any address, friends or family or support network there. I have nowhere to stay and nowhere to go in the Southern District. My case manager here at FCI Texarkana has contacted the United States Probation Office in the SDNY as was informed that I needed to contact the court so that I could be assured halfway house placement in the SDNY until such time as I am able to relocate to another district. The only other option they gave me was to go to "a shelter" once I arrived in the SDNY and to notify them which shelter I was staying at.

I am requesting that you Order as a condition of my Supervised Release, that I am to spend the first 90 days at the Residential Reentry Center (RRC - Halfway House) in the Bronx, or until such time that I am able to relocate to another District or find suitable housing for myself. I am NOT asking that you recommend or Order anything to the Bureau of Prisons. My BOP sentence will be completed on December 6, 2019 and that is the day I will be released to begin my Supervised Release and will have nothing more to do with the BOP. Beginning December 6th, I am back under the courts jurisdiction.

I apologize to have to contact you with this request but I am not being provided any assistance either through the BOP or United States Probation in the Southern District and I am being released to a city where I know nobody and have no ties and have never lived before. The justification behind that is the SDNY is the District where I was sentenced and since FCI La Tuna did not process my relocation package that is the only place I can be released to.

I ask this court to please issue an immediate Order authorizing my stay at the Halfway House in the SDNY as a special condition of Supervised Release to begin on December 6, 2019, otherwise I am faced with nowhere to go. (My actual release date is December 8, 2019 but since that is a Sunday I am being released from FCI Texarkana on December 6, 2019.)

Respectfully,

Casey Michael Antone
#24075034
FCI Texarkana
P.O. Box 7000
Texarkana, TX
75505





ANTONE, Casey.'        Gilmore to: David Gonzalez 12/04/2019 04:33 PM
From:            lmore/NYSP/02/USCOURTS
To: David Gonzalez <David_C_Gonzalez@nysd.uscourts.gov>
History:This message has been replied to.

Good evening,

My apologies for the delay.

> I was able to speak with the case manager from FCI La Tuna. She informed me that Mr. Antone has had two relocation request denied, one in New Mexico and the other in California.
>
> It appears that he does not have a suitable address to relocate and will be released to SDNY because this is where his case is.
>
> She did inform me that he has 2 girlfriends, one in New Mexico whom he has not been identified as a resource and the other is in Europe.
>
> The confusion with the half way house surrounded positive NCIC hits the day he was supposed to move from FCI La Tuna to a half way house in SDNY. The case manager stated that once there are positive hits, which Mr. Antone had pending charges in Pittsburg, inmates are denied being transferred out. His cases were eventually resolved, however, by that time he had less than 30 days for half way house placement.
>
> Mr. Antone has not identified a district of desired residence with a stable address or supports to BOP, and at this time he will be released to SDNY.

Thank you,

    Gilmore, LMSW
United States Probation Officer
Southern District of New York
500 Pearl Street
New York, New York 10007
212-805-5121(office)
646-416-5486 (fax)

Sent from my iPhone

12/5/2019

*[Handwritten note:]* The Court directs that Mr. Antone be released to an appropriate shelter. Probation is to work with Mr. Antone to facilitate these arrangements. So ordered.

*Paul A. Crotty*
USDJ